## EXHIBIT A – STIPULATION OF DISMISSAL

**Stefan V. Stein**, Florida Bar No. 300527
Gray Robinson, P.A.
Suite 2200
201 N. Franklin Street
Tampa, FL 33601-3324
Tel: 813-273-5000
Fax: 813-273-5154
Email: Stefan.stein@gray-robinson.com
*Attorney for Plaintiff Power Design, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **POWER DESIGN, INC.,**<br>a Florida corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**POWER DESIGN, LLC,**<br>an Indiana Limited Liability Company,<br><br>　　　　　Defendant. | Civil No. 08-CV-01734-RAL-AEP<br>[handwritten: 8:09]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to a Settlement Agreement, the parties hereby move the Court to dismiss this case with prejudice. Each party is to bear its own costs and attorneys' fees in connection with the suit.

IT IS SO STIPULATED.

Dated: 1/21, 2010

Respectfully submitted,

By: _____
Stefan V. Stein
Email: Stefan.stein@gray-robinson.com
GRAY ROBINSON, P.A.
Suite 2200
201 N. Franklin Street
Tampa, FL 33601-3324
Tel: 813-273-5000
Fax: 813-273-5154
*Attorney for Plaintiff Power Design, Inc.*

By: _____
Jonathan G. Polak
Email: jpolak@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
Tel: 317-713-3500
Fax: 317-713-3699
*Attorney for Defendant Power Design, LLC*

IT IS SO ORDERED, and this lawsuit is hereby dismissed with prejudice pursuant to the terms of the foregoing stipulation.

DATED this _____ day of _____, 2010.

_____
JUDGE RICHARD A. LAZZARA